# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Mark R. Krueger,

          Plaintiff,          Case No. 19-10581

v.                                        Judith E. Levy
                                        United States District Judge

Experian Information Solutions,
Inc., *et al.*,                            Mag. Judge David R. Grand

          Defendants.

_____/

## **ORDER REGARDING DISCOVERY DISPUTE**

This case is before the Court on a discovery dispute between the parties. On December 9, 2019, a telephonic conference was held and oral argument was heard. For the reasons set forth on the record, Defendant Cenlar is ordered to produce the E-Oscar and bankruptcy manuals referenced on today's call, and notify the Court that production has been made, by 5:00 p.m. on Friday December 13, 2019.

If the production have not been made, Defendant Cenlar is to file a motion setting forth the reasons why the production has not been made by Friday December 13, 2019 at 5:00 p.m.. The Eastern District of

Michigan Local Rule 7.1 regarding nondispositive motions apply regarding any such motion and response.

IT IS SO ORDERED.

Dated: December 9, 2019　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 9, 2019.

　　　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　　　Case Manager